IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAJ KRISTO GUPTA,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2909

Opinion filed September 22, 2016.

An appeal from an order of the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Raj Kristo Gupta, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.